

**Attorneys at Law**

Southpointe Town Center
1800 Main Street, Suite 200, Canonsburg, PA 15317
724.514.8915

600 Quarrier Street
Charleston, WV 25301

101 South Queen Street
Martinsburg, WV 25401

125 Granville Square, Suite 400
Morgantown, WV 26501

501 Avery Street
Parkersburg, WV 26101

480 West Jubal Early Drive, Suite 130
Winchester, VA 22601

**Mario Richard Bordogna**
mario.bordogna@bowlesrice.com
T 304.285.2528
F 304.285.2575

November 27, 2024

**bowlesrice.com**

The Honorable W. Scott Hardy   **VIA CM/ECF**
Joseph F. Weis, Jr.
U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

Re:   *Amir Mohammadi v. William Behre, et al.* Case No. 2:22-cv-1684

Dear Judge Hardy:

As you know, I and my firm represent the Defendants in this matter.

To begin with, thank you once more for the additional time you provided all of the parties in this case to advise you of their interest and willingness to return to mediation. Last month, Counsel for the Plaintiff advised Counsel for the Defendants that the Plaintiff was willing to return to mediation, and as it turned out, the Defendants effectively needed the entirety of the extended time you kindly provided since then in order for all the necessary people on our end to confer together and make a meaningful determination as to whether returning to mediation made the most sense for them. After those deliberations, the Defendants have concluded that they, too, are willing to return to mediation in this case.

In light of the foregoing, the parties intend to confer next week following the Thanksgiving holiday in an effort to agree upon a mediator, discuss logistics, and otherwise go about arranging the mediation as promptly as the respective schedules of all relevant parties and the selected mediator permit. We anticipate the mediation will occur sometime in the first few months of 2025, after which you will – of course – be notified by the mediator of the result of the mediation. If you are advised by the mediator following the conclusion of mediation that the case has not been resolved, the parties certainly welcome either an Order directing us to submit a proposed briefing schedule for Rule 56 Motions as well as any Joint Stipulations of Fact or Law, or a status conference for the discussion of both subjects and/or any other relevant pretrial matters.

Prior to submitting this letter to the Court, the undersigned Counsel for the Defendants provided it to Counsel for the Plaintiff to review and has received written assent that it may be distributed to you on behalf of all the parties.

Bowles Rice

LIEBER HAMMER HUBER & PAUL, P.C.
November 27, 2024
Page 2

      Of course, if you need any additional information, please do not hesitate to contact us. Happy Thanksgiving.

      Regards,

Mario R. Bordogna, Esquire
Pa. Bar I.D. No. 80905
Southpointe Town Center
1800 Main Street – Suite 200
Canonsburg, PA 15317
(724) 514-8915
(304) 285-2530 (facsimile)
mario.bordogna@bowlesrice.com

*Counsel for Defendants William Behre, Daniel Greenstein, Slippery Rock University of Pennsylvania, and the Pennsylvania State System of Higher Education*

MRB:kdb

cc:    James B. Lieber, Esquire (via CM/ECF)
       Thomas M. Huber, Esq. (via CM.ECF)
       Jacob M. Simon, Esquire (via CM/ECF)

17263234.1